UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEOFFREY ROBERT LAWSON SR,

Plaintiff,

v.

BERNARD WARNER, KIM WYMAN, JEFFEREY UTTECHT, ROY GANZALES, J. DOE BAILEY, RAND SIMMONS, L, WONDERS, J. DOE CHE, CUS MILLER and FORD, COUNSELORS GUNTER, AYERS and STUENKEL, and JOHN DOE CORRECTIONS OFFICERS 1 and 2,

Defendants.

CASE NO. C14-5100 RBL-KLS

ORDER DENYING DEFENDANTS' MOTION FOR A CHANGE OF VENUE

This matter has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4, and Fed. R. Civ. P. 72. The case is before the court upon Defendant's motion for change of venue. Dkt. 20. Defendants argue that the majority of defendants reside in Eastern Washington and seek to transfer the action to that District Court. After reviewing defendants' motion, plaintiff's response and the balance of the record, the undersigned finds and ORDERS as follows:

1. Plaintiff's allegations include activities that occurred in Kitsap County and Mason County as well as activities in Eastern Washington. Further, plaintiff appears to challenge

1 | Washington State Department of Corrections policies regarding transport of inmate property and
2 | the policy makers principle place of business is Thurston County.  This court has jurisdiction in
3 | each of these three counties.  *See* Local Rule 3.  Thus, this court has proper jurisdiction over the
4 | action.  Accordingly, defendants' motion for change of venue is DENIED.

5 | The Clerk is directed to send a copy of this Order to Plaintiff.

6 | Dated this 22nd day of May, 2014.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER DENYING DEFENDANTS' MOTION
FOR A CHANGE OF VENUE- 2