UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEOFFREY ROBERT LAWSON SR,

    Plaintiff,

v.

BERNARD WARNER et al,

    Defendants.

CASE NO. C14-5100 RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    1)     The Court adopts the Report and Recommendation.

    2)     The Court dismisses the complaint in this action, but not the action itself.

    3)     Plaintiff will have thirty days from the entry of this order to submit an amended complaint consistent with the recommendations made by the Magistrate Judge. The amended complaint will act as a complete substitute for the original and not as a supplement.

4) Plaintiff does not have leave of Court to add new claims or new defendants to this action.

5) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 2nd day of March, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2