HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEOFFREY ROBERT LAWSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> BERNARD WARNER, ROY GONZALES, DAVID BAILEY, LORI WONDERS, JAMES MILLER, GARY FORD, JOE GUNTER, MELISSA AYERS, TRACEY STUENKEL, JOHN DOES 1 and 2, <br><br> Defendants. | CASE NO. C14-5100-RBL <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

1. The Court adopts the Report and Recommendation;

2. This action is **DISMISSED** with prejudice for failure to state a claim;

3. Plaintiff's Motion for Order to Show Cause is **DENIED** as improper and not legally supported;

4. Plaintiff's Motion for Clarification is **DENIED** as moot; and

ORDER ADOPTING REPORT AND
RECOMMENDATION- 1

5. The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to United States Magistrate Judge Karen L. Strombom.

Dated this 2nd day of July, 2015.

                                  Ronald B. Leighton
                                  United States District Judge